UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DERRICK S. JONES** | **CIV. ACTION NO. 09-00292** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHERIFF ROYCE TONEY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**MEMORANDUM ORDER**

Pending before the Court is an "Injunction A Temporary Restraining Order" [Doc. No. 13]. Plaintiff Derrick S. Jones requests a temporary restraining order to enjoin officials at the Ouachita Parish Correctional Center ("OPCC") from intercepting his mail, failing to provide an adequate law library, failing to provide sneakers for recreational purposes, and failing to provide disinfectant cleaners for showers and clothes.

To obtain a preliminary injunction under Fed. R. Civ. P. 65(a), the applicant must demonstrate: "(1) a substantial likelihood of success on the merits; (2) a substantial threat that the movant will suffer irreparable injury if the injunction is denied; (3) that the threatened injury outweighs any damage that the injunction might case the defendant; and (4) that the injunction will not disserve the public interest." *Affiliated Prof'l Home Health Care Agency v. Shalala*, 164 F.3d 282, 285 (5th Cir. 1999). Injunctive relief is an extraordinary remedy which requires the applicant to unequivocally show the need for its issuance. *See Valley v. Rapides Parish School Bd.*, 118 F.3d 1047, 1050 (5th Cir. 1997).

Plaintiff's motion fails to warrant such an extraordinary remedy. Plaintiff has failed to allege facts sufficient to show that there is a substantial threat that he will suffer irreparable harm

if the injunction is not granted.[1]

Plaintiff's complaint, including his request for a preliminary injunction, is currently under review by Magistrate Judge Karen L. Hayes and will be considered promptly, as is every prisoner civil rights lawsuit.

Plaintiff's request for a temporary restraining order [Doc. No. 13] is DENIED.

MONROE, LOUISIANA, this 19th day of June, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff alleges that he is "prone to exposure from staff [sic] infection" and not having "support for [his] feet." However, Plaintiff does not allege that he or any other inmate is currently suffering any harm from the alleged conditions at OPCC.