RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/5/09
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DERRICK S. JONES | CIVIL ACTION NO. 09-0292 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHERIFF ROYCE TONEY, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 16] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is DISMISSED WITH PREJUDICE as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

IT IS FURTHER ORDERED that the motions for injunctive relief and the appointment of counsel [Docs. Nos. 9, 10, 12, & 15] are DENIED.

MONROE, LOUISIANA, this 5 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE